# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| DOUGLAS B. GRIFFIN, ET AL. | § | |
| | § | |
| vs. | § | CASE NO. 2:10-CV-00306-TJW-CE |
| | § | |
| FEDERAL NATIONAL | § | |
| MORTGAGE ASSOCIATION, INC., ET AL | § | |

## ORDER

The above-titled and numbered civil action was referred to United States Magistrate Judge Chad Everingham pursuant to 28 U.S.C. § 636. The report of the Magistrate Judge (Dkt. No. 17), which contains his recommendation that the court deny the plaintiffs' motion to remand (Dkt. No. 6) because the "sue and be sued" clause in Fannie Mae's charter confers original subject-matter jurisdiction upon this court, has been presented for consideration. The plaintiff did not file an objection to the report and recommendation.

The court is of the opinion that the conclusions of the Magistrate Judge are correct. Therefore, the court adopts the report of the United States Magistrate Judge, in its entirety, as the conclusions of this court. Accordingly, it is ORDERED that the plaintiffs' motion to remand is DENIED.

SIGNED this 6th day of January, 2011.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE